```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38243
     CATHERINE M MCDOWELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-0595


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/14/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/29/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
FISHER & SHAPIRO            NOTICE ONLY    NOT FILED             .00            .00
MIDFIRST BANK               CURRENT MORTG   22737.97             .00       22737.97
MIDFIRST BANK               MORTGAGE ARRE    7621.33         1134.70        7621.33
AAA CHECKMATE               UNSECURED         959.33             .00         959.33
BANKFIRST CARD CENTER       UNSECURED      NOT FILED             .00            .00
CARPET CORNER               UNSECURED      NOT FILED             .00            .00
CITIBANK                    UNSECURED      NOT FILED             .00            .00
FIRST CONSUMERS NB          UNSECURED        1248.31             .00        1248.31
MIDNIGHT VELVET             UNSECURED      NOT FILED             .00            .00
NAFS                        NOTICE ONLY    NOT FILED             .00            .00
NIKO CREDIT SERVICE         UNSECURED      NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED      NOT FILED             .00            .00
RESURGENT ACQUISITION LL    UNSECURED         746.63             .00         746.63
LEEDERS & ASSOCIATES LTD    ATTORNEY         1689.00             .00        1689.00
THOMAS W DREXLER            ATTORNEY             .00             .00            .00
FISHER & SHAPIRO            NOTICE ONLY    NOT FILED             .00            .00
THOMAS W DREXLER            DEBTOR ATTY       900.00                          900.00
TOM VAUGHN                  TRUSTEE                                         2,179.87
DEBTOR REFUND               REFUND                                          1,624.06

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                40,841.20

PRIORITY                                          .00
SECURED                                     30,359.30
     INTEREST                                1,134.70
UNSECURED                                    2,954.27
ADMINISTRATIVE                               2,589.00
TRUSTEE COMPENSATION                         2,179.87

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 38243 CATHERINE M MCDOWELL
```

```
DEBTOR REFUND                                                  1,624.06
                                      ---------------    ---------------
TOTALS                                      40,841.20          40,841.20
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/28/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE